**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7892**

———————

STEVEN G. DAVIS,

                           Petitioner - Appellant,

     versus

HARLEY LAPPIN, Warden, Federal Correctional
Institution,

                           Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-96-515-5-HC-BO-2)

———————

Submitted: May 29, 1997            Decided: June 6, 1997

———————

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven G. Davis, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Davis v. Lappin</u>, No. CA-96-515-5-HC-BO-2 (E.D.N.C. Nov. 5 and Dec. 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>